IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CRAIG THOMAS BATES,

    Plaintiff,

v.

REBEKA BARTEL, SANDY DE YOUNG,
L. FAIT, KARI BUSKE, K. BELLILE,
MARK HEISE, and RANDALL HEPP,

    Defendants.

JUDGMENT IN A CIVIL CASE

17-cv-250-jdp

This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

/s/                                                9/20/2018

Peter Oppeneer, Clerk of Court                Date